IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

| | |
|---|---|
| ORESTES MOREJON, | Lower Tribunal Case No.: |
| Plaintiff, | 14-024879-CA-01 (30) |
| v. | |
| AMERICAN SECURITY INSURANCE COMPANY, | |
| Defendant. | |

## NOTICE OF REMOVAL

Defendant American Security Insurance Company ("ASIC"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 14-024789-CA 01. The facts and legal authority supporting this Notice of Removal are as follows:

### A.   Factual Predicate

1. On or about September 26, 2014, Plaintiff Orestes Morejon ("Plaintiff") filed this lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 14-024789-CA 01. Plaintiff has asserted a cause of action against ASIC for alleged breach of contract and he has also sought declaratory relief.

2. On October 6, 2014 Plaintiff effectuated service of process on ASIC. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached as **Composite Exhibit "1."**

### B. Diversity Jurisdiction Exists

3. ASIC is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. See printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit "2"**; see also *Licari v. American Sec. Ins. Co.*, Case No. 8:12–cv– 2853–T– 33EAJ, 2013 WL 268688 (M.D. Fla. Jan. 24, 2013) (finding ASIC's principal place of business as Georgia).

4. Plaintiff is citizen of the State of Florida, as he resides in Miami-Dade County, Florida. Compl. ¶ 2. Public Records obtained from the Miami-Dade County reflect that the subject property at issue in this case located at 7745 SW 33rd Terrace, Miami, Florida 33155 (the "Property") is owned by Plaintiff. True and correct copies of which are attached hereto as **Exhibit "3."**

5. The Complaint at issue does not specify the amount of damages Plaintiff seeks in this action. On, August 7, 2014, however, Plaintiff's counsel sent a letter to ASIC demanding $74,950.20 to settle the claim. An estimate of damages and photographs of the Property were included with the letter. True and correct copies of the letter and the estimate are attached hereto as **Exhibit "4."**

6. In addition, Plaintiff seeks to recover attorneys' fees pursuant to Florida Statutes Section 627.428. See Plaintiff's Demand for Attorneys' Fees Compl. ¶ 17.

7. When a statute authorizes the recovery of attorneys' fees, a reasonable amount of those fees is included in the amount in controversy. *Morrison v. Allstate Indemn. Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000).

8. Here the attorneys' fees that opposing counsel will claim to have incurred thus far can reasonably be estimated to exceed $2,600.00. See Declaration of John Matthews attached hereto as **Exhibit "5."**

9. Based on the foregoing, the amount in controversy exceeds $75,000.00 and the jurisdictional requirements of 28 U.S.C. §1332 have been met.

10. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

11. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of ASIC's rights to assert any defenses or affirmative claims, including a counterclaim.

## C.   **Procedural Compliance**

12. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon ASIC are attached as **Composite Exhibit "1."**

13. In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, ASIC has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for the Eleventh Judicial Circuit in Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "6."**

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the action now pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, No. Case No. 14-024789-CA 01 (30) be removed to this Honorable Court.

Respectfully submitted,

**WARGO & FRENCH, LLP**
*Attorneys for Defendant, JPMorgan Chase Bank, National Association*
201 S. Biscayne Boulevard
Suite 1000 - 10th Floor
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile: (305) 777-6001
Email: pjuster@wargofrench.com
FLService1@wargofrench.com


By: ___*/s/ Paul J. Juster*___
     PAUL J. JUSTER
     Florida Bar No. 84375

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3rd, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that I have served the foregoing document and the Notice of Electronic Filing via electronic mail to:

**Anthony M. Lopez, Esq.**
Marin, Eljaiek, & Lopez, P.L.
2601 South Bayshore Drive, Suite 850
Coconut Grove, Florida 33133
Eservice@mellawyers.com
LP@mellawyers.com
*Counsel for Plaintiff*

/s/ Paul J. Juster
PAUL J. JUSTER